APPROVED.

*[signature: Thomas A. Wiseman Jr.]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:09-1143 |
| | ) Judge Wiseman |
| 2005 CHEVROLET CORVETTE BEARING | ) |
| VIN #1G1YY34U355129010; 2008 HARLEY | ) |
| DAVIDSON HERITAGE MOTORCYCLE VIN # | ) |
| 1HD1BW5168Y031333; $110,611.92 SEIZED | ) |
| FROM PINNABLE NATIONAL BANK | ) |
| COMMERCIAL NOW ACCOUNT # 599109018; | ) |
| And $3,620.20 SEIZED FROM PINNACLE | ) |
| NATIONAL BANK ACCOUNT #590181686 | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF VERIFIED CLAIM OF KATHY MEDLOCK AS TO THE 2005 CHEVROLET CORVETTE, VIN# 1G1YY34U355129010

Comes now the claimant Kathy Medlock, by and through counsel, and would move this Court, pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure for an Order allowing the dismissal of the previously made verified claim as to the above stated collateral. The following grounds support the requested relief:

1. On December 3, 2009, a Verified Complaint *In Rem* was filed by the United States in relation to several items seized from Woody H. Medlock an his wife Kathy Medlock.

2. On January 06, 2010 a Verified Answer was filed by Pinnacle National Bank as to, among other things, the Chevrolet Corvette.

3. On January 11, 2010, a Verified Claim was filed by Kathy Medlock as to the Chevrolet Corvette.

4. Kathy Medlock subsequently filed bankruptcy in the Middle District of Tennessee, Case No. 3:09-11456.

5. As a part of the pleadings in the bankruptcy matter Pinnacle national Bank has filed a Motion for Relief from the Automatic Stay in order to liquidate the collateral (the Corvette). This Motion was granted and an Order was entered granting Pinnacle National Bank relief from the automatic stay and Ordering the surrender the collateral.

6. At this time the Verified Claim of Kathy Medlock and her husband in this matter as to the Corvette is the only thing keeping the vehicle from Pinnacle National Bank pursuant to the previously filed Order.

Therefore, based upon the foregoing, and the need to comply with the Order of the Bankruptcy Court, we would move the Court to voluntarily dismiss the previously filed Verified Claim of Kathy Medlock (Docket Entry No. 9) with prejudice as it relates to the Chevrolet Corvette, VIN # 1G1YY34U355129010.

/s Barry R. Tidwell
Barry R. Tidwell, BPR # 20544
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Debra T. Phillips, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203; Victoria A. Ferraro, Williams & Prochaska, 401 Church Street, Ste. 2600, Nashville, Tennessee 37219; David M. Smythe, 144 Second Avenue N., Ste 300, Nashville, Tennessee 37201.

s/ Barry R. Tidwell